Same case below, 640 F.3d 873.

No. 11-389. Vera C. Harper, Individually and as Personal Representative of the Estate of Her Husband, Wilson Clark Harper, Deceased, Petitioner v. United Services Automobile Association, aka USAA; and David A. Harper, Petitioner v. United Services Automobile Association, aka USAA.

565 U.S. 1061, 132 S. Ct. 774, 181 L. Ed. 2d 487, 2011 U.S. LEXIS 8576.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 11-395. Andrew J. Whittaker, Jr., Petitioner v. Jewell K. Whittaker.

565 U.S. 1061, 132 S. Ct. 775, 181 L. Ed. 2d 487, 2011 U.S. LEXIS 8653.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 228 W. Va. 84, 717 S.E.2d 868.

No. 11-396. Lana S. Eddy Luby, Petitioner v. Thomas A. Bedell, Chief Judge, Circuit Court of West Virginia, Harrison County, et al.

565 U.S. 1061, 132 S. Ct. 776, 181 L. Ed. 2d 487, 2011 U.S. LEXIS 8527.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

Same case below, 228 W. Va. 252, 719 S.E.2d 722.

No. 11-399. Reynaldo Sorcia, aka Reynaldo Sorcia-Rico, Petitioner v. Eric H. Holder, Jr., Attorney General.

565 U.S. 1061, 132 S. Ct. 776, 181 L. Ed. 2d 487, 2011 U.S. LEXIS 8660.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 643 F.3d 117.

No. 11-401. Loreta Sinani, Petitioner v. Eric H. Holder, Jr., Attorney General.

565 U.S. 1061, 132 S. Ct. 776, 181 L. Ed. 2d 487, 2011 U.S. LEXIS 8528.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 418 Fed. Appx. 475.

No. 11-417. Staton Holdings, Inc., dba Staton Wholesale, Petitioner v. Federal Communications Commission, et al.

565 U.S. 1061, 132 S. Ct. 778, 181 L. Ed. 2d 487, 2011 U.S. LEXIS 8492.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 433 Fed. Appx. 1.